1

2

3

4

5

6

7

8

9

10

11

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12

HAROLD OVER,

Case No. 15-CV-02986-LHK

13

Plaintiff,

**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT**

14

v.

15

EXPERIAN INFORMATION SOLUTIONS, INC, et al.,

16

Defendants.

17

18        The parties have failed to file a Joint Case Management Statement 7 days in advance of the

19   Case Management Conference set for September 17, 2015 at 1:30 p.m., as required by Federal

20   Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a).  The Court hereby ORDERS the

21   parties to file one Joint Case Management Statement by Monday, September 14, 2015 at 5 p.m.

22   **IT IS SO ORDERED.**

23

24   Dated: September 11, 2015

*Lucy H. Koh*

25

LUCY H. KOH
United States District Judge

26

27

28

1